UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JI SOOK SUH, et al.,

          Plaintiff,

- against -

CHRIS JON ARMSTRONG, et al.,

          Defendants.
------------------------------------------------------------X

ORDER OF
DISCONTINUANCE

05 CV 975(ARR)

The Court having been advised that this case has settled, the proceeding is hereby discontinued.

SO ORDERED:

DATED:    Brooklyn, New York
               January 30, 2006

                                              Allyne R. Ross
                                              United States District Judge

## MAILING LIST

Andrew Park, Esq.
Sim & Park, LLP
450 Seventh Avenue
New York, NY 10123


Daniel Bauso, Esq.
Jerald Werlin, Esq.
45-10 Court Square
LIC, NY 11101


Daniel Fox, Esq.
Goldberg & Associates
39 Broadway
17th Floor
New York, NY 10006


Magistrate Judge Pollak